# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CD AND ND, INDIVIDUALLY AND
ON BEHALF OF THEIR MINOR
CHILD, CJD

VERSUS

CM, ON BEHALF OF HIS MINOR
CHILD, LM, TM, AND XYZ
INSURANCE COMPANY

NO.   2025 CW 0867

**SEPTEMBER 9, 2025**

---

In Re:   CM, on behalf of his minor child, LM, and TM, applying
for supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 721628.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DISMISSED.** Pursuant to September 4, 2025 correspondence
from counsel for relator advising this matter has settled, this
writ is dismissed.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT